November 29, 2005

Mr. Charles S. Siegel
Waters & Kraus, LLP
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204
Mr. Stephen G. Tipps
Baker & Botts, L.L.P.
910 Louisiana, One Shell Plaza
Houston, TX 77002-4995

RE: Case Number: 03-0895
 Court of Appeals Number:
 Trial Court Number:

Style: Union Carbide
 v.
 Audrey Amelia Adams, et al.

Dear Counsel:

 Today the Multidistrict Litigation Panel issued the enclosed order
concerning Pre-September 1, 2003 Asbestos Cases in the above-referenced
case.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Multidistrict Litigation Panel |
| |(via email) |